(100 South. 632)

**Ex parte Reubin DICKS. (2 Div. 839.)**

(Supreme Court of Alabama, June 12, 1924.)

Certiorari to Court of Appeals.

R. Percy Roach, of Mobile, for petitioner. Gray & Dansby, of Butler, and John S. Tilley, of Montgomery, opposed.

BOULDIN, J. Petition of Reubin Dicks for certiorari to the Court of Appeals to review and revise the judgment and decision there rendered in the cause styled Dicks v. McAllister, 100 South. 631.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.